Argued September 22, affirmed September 22, 1971

## STATE OF OREGON, *Respondent, v.*
## PAUL RICHARD CHILCOTT, *Appellant.*

488 P2d 859

*Nicholas D. Zafiratos,* Astoria,. argued the cause and filed the briefs for appellant.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and FORT, Judges.

AFFIRMED FROM THE BENCH.